## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of

CERTAIN COMPUTING OR GRAPHICS
SYSTEMS, COMPONENTS THEREOF,
AND VEHICLES CONTAINING SAME

Misc. Action No. 16-mc- $\alpha$ |l32 $-$ PBS

ORDER TO TAKE DEPOSITIONS IN
OSAKA, JAPAN

### DEPOSITION ORDER

**TO:**   Any Consul or Vice Consul of the United States of America
Chief, American Citizen Services Unit
American Consulate General Osaka-Kobe
United States Consulate
11-5 Nishitenma 2-chome, Kita-ku
Osaka 530-8543, Japan

Upon unopposed motion by Complainant Advanced Silicon Technologies LLC

("Advanced Silicon"), and pursuant to Article 17 of the United States-Japan Consular

Convention, it is hereby ORDERED that the depositions on notice of the following individuals

be taken at the U.S. Consulate Osaka-Kobe, 11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-

8543, Japan, commencing on or about May 25, 2016, and continuing until on or about June 1,

2016,[1] and that the marking of any documentary exhibits in connection therewith be permitted:

**Mr. Fuminari Ishihara**
**Mr. Kouichi Masamura**
**Mr. Takashi Kondo**
**Mr. Masanobu Yamashita**

Listed below are the names of counsel who may participate in these depositions, together

with other persons who may attend or assist with these depositions. The proceedings will be

reported, videotaped and/or interpreted by Planet Depos – American Realtime Court Reporters.

---

[1] Advanced Silicon has also reserved consulate space on May 31 and June 1, 2016 in the event
exigent circumstances prevent the depositions from completing between May 25 and May 27.

**For Complainant Advanced Silicon**

Michael T. Renaud (counsel)

James M. Wodarski (counsel)

Michael J. McNamara (counsel)

Michael C. Newman (counsel)

Aarti Shah (counsel)

Andrew H. DeVoogd (counsel)

Adam Rizk (counsel)

Nicholas W. Armington (counsel)

Kristina R. Cary (counsel)

Marguerite McConihe (counsel)

Daniel B. Weinger (counsel)

Cheng "Catherine" Xu (counsel)

Xiang "Andy" Yu (counsel)

Matthew S. Galica (technology specialist)

Sam Nazari (technology specialist)

Alexandra Papas (technology specialist)

Courtney C. Merrill (legal assistant)

William E. Rowan (legal assistant)

Michael J. Wodarski (legal assistant)

(expert)

(consultant)

Thomas Kinsey Feissner (court reporter/videographer/interpreter)

Lisa Feissner (court reporter/videographer/interpreter)

Mary Gail Allred (court reporter/videographer/interpreter)

Trevor Ralph Price (court reporter/videographer/interpreter)

Naoko Selland (court reporter/videographer/interpreter)

Yoko de Groot (court reporter/videographer/interpreter)

Zachary Clyde Hone (court reporter/videographer/interpreter)

Susan Dena Wasilewski (court reporter/videographer/interpreter)

Leslie Anne Todd (court reporter/videographer/interpreter)

Luis Lopez (court reporter/videographer/interpreter)

Andrew Meehan (court reporter/videographer/interpreter)

**For Respondent Toyota**

Thomas W. Winland (counsel)

Smith R. Brittingham IV (counsel)

James R. Barney (counsel)

Houtan K. Esfahani (counsel)

Anthony D. Del Monaco (counsel)

Aidan C. Skoyles (counsel)

Jose M. Recio (counsel)

Benjamin A. Saidman (counsel)

Tyler M. Akagi (counsel)

Christopher Field (counsel)

Check interpreter

**For International Trade Commission Office of Unfair Import Investigation**

Jeffrey Hsu

John Shin

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and make return of these materials to this Court with all convenient speed.

**WITNESS,** The Honorable _Patti B Saris_, United States District Judge of the United States District Court for the District of Massachusetts, this _29_ day of _April_ 2016.

_Patti B Saris_

United States District Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

I hereby certify that the signature above is that of The Honorable _Patti B. Saris_, United States District Judge of the United States District Court for the District of Massachusetts.

_Robert M Farrell_ Clerk

_May 2, 2016_

Deputy Clerk: _Claudia_
Seal:

4